AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

KARRIEM MUHAMMAD RAQIB

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 02-60006 AJ

JAMES S. MOODY, JR., ET. AL

FILED by ✓ D.C.

JAN 3 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: (Name and address of defendant)

BARBARA Hardie
Department of Children And Families
333 S.W. 28th Street
Fort Lauderdale, FL 33315

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KARRIEM M. RAQIB (Pro Se)
232 S.W. 12th Avenue
Fort Lauderdale, FL 33312

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

JAN -3 2002

DATE