AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

———————— DISTRICT OF ————————

KARRIEM MUHAMMAD RAQIB

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 02-60006

JAMES S. MOODY, JR., ET. AL

JORDAN

FILED by _____ D.C.

JAN - 3 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: (Name and address of defendant)

SEVENTEENTH JUDICIAL CIRCUIT COURT
Chief Judge DALE ROSS
201 SE 6Th Street Rm. 881
FORT Lauderdale, FL         33301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KARRIEM M. RAQIB (Pro Se)
232 S.W. 12Th AV.
FORT Lauderdale, FL    33312

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                    JAN - 3 2002

CLERK                              DATE

(BY) DEPUTY CLERK